FILED'07 MAY 24 13:08USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 03-306-01-KI |
| | ) | |
| v. | ) | ORDER REVOKING |
| | ) | SUPERVISED RELEASE TERM |
| JERRY RICHARD MCKINLEY, | ) | AND IMPOSING SENTENCE |
| | ) | |
| Defendant. | ) | |

On April 12, 2004, this Court sentenced defendant to the custody of the Bureau of Prisons for a period of 41 months to be followed by a 3-year term of supervised release subject to standard and special conditions. The term of supervised release began December 8, 2006.

On January 24, 2007, this Court issued a Warrant of Arrest and Order to Show Cause why defendant's term of supervised release should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

On May 22, 2007, defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The defendant admitted he violated the conditions of supervised release by committing the new law violation of felon in possession of a firearm.

It is the finding of the Court that defendant violated the conditions of supervised release.

It now appearing to the Court defendant is no longer suitable for continued community supervision,

**IT IS ORDERED** defendant's term of supervised release is revoked and defendant is committed to the custody of the Bureau of Prisons for a period of 24 months to run concurrently to case number CR 07-53-01-KI. No reimposition of supervised release is ordered.

DATED this 24 day of May, 2006.

/s/ Garr King
The Honorable Garr M. King
U.S. District Judge